# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | No. 3:03-00223 | |
| | ) | Senior Judge Haynes | |
| GEORGE T. HARVEY | ) | | |

*ORDER*

*This Motion is GRANTED.*

*[signature]*

*W.B. H...*

*5-27-16*

## JOINT MOTION FOR CONDITIONAL RELEASE

The United States of America, by and through the Assistant U.S. Attorney below and the defendant, through his attorney below, respectfully jointly request that the defendant be released pursuant to Title 18, United States Code, Section 4243(f), subject to the conditions set forth in the letter from the Warden of the Federal Medical Center, Devens, Massachusetts. (Sealed Docket Entry 49)

In support of this motion, the parties would show to the Court that the defendant was committed to the custody of the Attorney General for care and treatment under the provisions of Title 18, United States Code, Section 4243 by Order dated February 24, 2006. (Docket Entry 30). Regular Risk Assessments and Reports have been conducted since that date and provided to the Court, under seal. (Sealed Docket Entries 32, 34, 37, 39, 41, 42, 43, 44, and 45). The defendant underwent the most recent Risk Assessment Panel Review on December 1, 2015. (Sealed Docket Entry 48) As a result of that Risk Assessment, the Panel concluded that the defendant was appropriate for civil commitment, but could be released under a prescribed regimen of treatment and under the conditions set out in the letter from the Warden dated March 29, 2016. (Sealed Docket Entry 49, pages 1-4). The Warden certified that the defendant has recovered from his mental disease or defect to such an extent that his conditional release under the prescribed regimen of care and treatment would no longer create a substantial risk of bodily