IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:03-00223 |
| | ) | Senior Judge Haynes |
| GEORGE T. HARVEY | ) | |

## AGREED ORDER GRANTING CONDITIONAL RELEASE

By agreement of the Parties, as evidenced by the signatures of respective counsel below, and based upon the opinion of the Risk Assessment Panel as set forth in their report (Sealed Docket Entry No. 48), and upon the recommendation and certification of the Warden (Sealed Docket Entry No. 49) that Mr. Harvey has received the maximum benefit of mental health treatment and his conditional release under appropriate conditions pursuant to Title 18, United States Code, Section 4243(f)(2), would not create a substantial risk of bodily injury to another person, the Court orders that Mr. Harvey shall be conditionally released from the custody of the Bureau of Prisons under a prescribed regimen of treatment. As a condition of his release, he shall be supervised by the United States Probation Office and comply with the following requirements set forth below and as directed by the United States Probation Office including necessary mental health treatment.

1. Mr. Harvey will reside at Team 9 Home Care, 3828 Crouch Drive, Nashville, Tennessee, telephone, 615-568-2856, 615-414-8218. Mr. Harvey will reside at Team 9 Home Care until discharged by the program director with the approval of the United States Probation Officer. Any changes in residence must be approved through his United States Probation Officer.

2. Mr. Harvey will receive outpatient mental health treatment at the local Veterans Administration (VA) Clinic. He shall participate in mental health and substance abuse services approved through the United State Probation Office. Mr. Harvey will comply with treatment recommendations made by his probation officer and/or mental health professionals.

3. Mr. Harvey will be monitored by mental health professionals and his probation officer for evidence of psychiatric difficulties and will continue to take medication, which may include injectable medications, as ordered and which may be adjusted by his clinicians.

4. Mr. Harvey will consent to have Social Security appoint a Representative Payee for his Social Security payments. If any changes in Representative Payee status are required, his United States Probation Officer should be notified.

5. Mr. Harvey will voluntarily agree to abide by any treatment plans created by his treatment team.

6. Upon the recommendation of the medical provider or probation officer, Mr. Harvey will voluntarily admit himself into a hospital for treatment. If he refuses and his continued release would create a substantial risk of bodily injury to himself, another person, or serious damage to the property of another, he should be remanded to a suitable facility pursuant to 18 U.S.C. 4243 (g).

7. Mr. Harvey's supervision will be provided by the United States Probation Office, in Nashville, Tennessee. Currently, Mr. Harvey's case is assigned to Mr. James Foster, telephone number: 615-514-7182. This includes his voluntary consent to waive his rights to confidentiality regarding his mental health treatment in order to allow sharing of information with the supervising United States Probation Officer, who will assist in evaluating his ongoing appropriateness for community placement.

8. Pursuant to Title 18, 4247(e), annual reports shall be filed by the director of the facility in which he is committed, with the Court. Copies will be issued to the Assistant United States Attorney, Mr. Harvey's Federal Public Defender and the Warden of the Federal Medical Center Devens, Ayer, Massachusetts.

9. Mr. Harvey will remain under the supervision of the United States Probation Office until he is discharged from all mental health treatment and/or his federal civil commitment. The primary treatment provider may be changed with the approval of the United States Probation Office.

10. Mr. Harvey will not have in his possession at any time any actual or imitation firearm, destructive device or other deadly weapon. He shall submit to a search without a warrant at the request of a probation officer or any law enforcement officer of his person, property including vehicle or premises for the purpose of determining compliance with this condition. Revocation of conditional release is mandatory for possession of a firearm.

11. Mr. Harvey shall abstain from the use of alcohol and shall not frequent bars or other establishments where alcohol is the primary item of sale.

12. Mr. Harvey shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

13. If deemed necessary by the probation officer, Mr. Harvey will participate in a program of testing and treatment for substance abuse treatment, and be required to participate in random drug and/or breathalyzer testing.

14. The United States Marshals Service shall be notified to return Mr. Harvey to the custody of the Attorney General if it is determined that Mr. Harvey has violated any conditions which are established for him.

15. Mr. Harvey shall not commit another federal, state, or local crime.

16. Mr. Harvey shall not leave the judicial district of the Middle district of Tennessee without the permission of the court or probation officer.

17. Mr. Harvey shall report to the probation officer in a manner and frequency directed by the court or probation officer, and shall submit a truthful written report within the first five days of each month.

18. Mr. Harvey shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

19. Mr. Harvey shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

20. Mr. Harvey shall not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting permission of the court.

21. If the probation officer determines that Mr. Harvey poses a risk to another person (including an organization), the probation officer may require Mr. Harvey to tell that person about the risk and Mr. Harvey must comply with that instruction. The probation officer may contact the person or organization and confirm that Mr. Harvey has told that person or organization about the risk.

ORDERED and ENTERED this 27 day of May, 2016.

WILLIAM J. HAYNES, JR.
SENIOR UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

BY: _/s/ Jeffery S. Frensley_
**JEFFERY S. FRENSLEY, ESQ. #17358**
40 Music Square East
Nashville, TN 37203
(615) 256-2111

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

BY: _/s/ Jimmie Lynn Ramsaur_
**JIMMIE LYNN RAMSAUR, ESQ. #5763**
Assistant United States Attorney
110 Ninth Avenue, South
Suite A-961
Nashville, TN 37203
(615) 736-5151